IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ______________

DENVER INVESTMENT ADVISORS, LLC,

Plaintiff,

v.

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.4(A), Plaintiff Denver Investment Advisors, LLC, for its Corporate Disclosure Statement, states that it is a privately held limited liability company organized under the laws of Colorado and does not have a parent company.

Dated: February 9, 2017

Respectfully submitted,

s/Mark E. Miller
Mark E. Miller
Murray D. Sacks
Miller Friel, PLLC
1200 New Hampshire Ave., NW, Suite 800
Washington, DC 20036
Tel: (202) 760-3161
Fax: (202) 459-9537
Email: millerm@millerfriel.com
sacksm@millerfriel.com

s/Thomas J. Overton
Thomas J. Overton
Overton Law Firm
165 S. Union Blvd., Suite 542
Lakewood, Colorado 80228
Tel: (303) 832-1120
Email: tom.overton@overtonlawfirm.com

Attorneys for Plaintiff