**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00362-MEH

Denver Investment Advisors, LLC,

Plaintiff,

v.

St. Paul Mercury Insurance Company,

Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To: The Clerk of Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Plaintiff, Denver Investment Advisors, LLC

DATED at Denver, Colorado this 13th day of February, 2017.

Mark E. Miller
Name of Attorney

Miller Friel, PLLC
Firm Name

1200 New Hampshire Avenue, NW
Suite 800
Office Address

Washington, DC 20036
City, State, ZIP Code

(202) 760-3161
Telephone Number

millerm@millerfriel.com
Primary CM/ECF E-mail Address