AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

DENVER INVESTMENT ADVISORS, LLC

*Plaintiff(s)*

v.

ST. PAUL MERCURY INSURANCE COMPANY

*Defendant(s)*

Civil Action No. 17-cv-00362 - MEH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* St. Paul Mercury Insurance Company
Division of Insurance
1560 Broadway, Suite 2090
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark E. Miller
Murray D. Sacks
Miller Friel, PLLC
1200 New Hampshire Ave., NW
Suite 800
Washington, DC 20036

Thomas J. Overton
Overton Law Firm
165 S. Union Blvd., Suite 542
Lakewood, CO 80228

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/09/2017

s/ R. Villa

*Signature of Clerk or Deputy Clerk*

Case 1:17-cv-00362-MEH Document 5 Filed 02/09/17 USDC Colorado Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-00362 - MEH

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* St. Paul Mercury Insurance Company Division of Insurance
was received by me on *(date)* 2/21/17.

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kurt Plender (Process Clerk), who is designated by law to accept service of process on behalf of *(name of organization)* St. Paul Mercury Insurance company c/o Division of Insurance on *(date)* 2/21/17 3:00pm ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/23/17

[signature]
*Server's signature*

3229 Walnut Street Boulder, CO
*Printed name and title*

Michael Migliorini / Process Server
*Server's address*

Additional information regarding attempted service, etc:

KATELYNN HOBBS
NOTARY PUBLIC - STATE OF COLORADO
Notary Identification #20154006882
My Commission Expires 2/18/2019

2/23/17